United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 11, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-50789
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

     v.

MIGUEL ROCHA-BELMONTES

                    Defendant - Appellant


----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
----------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges

PER CURIAM:[*]


     IT IS ORDERED that Appellee's unopposed motion to vacate
sentence of the district court is GRANTED.


     IT IS FURTHER ORDERED that Appellee's unopposed motion to
remand case for resentencing is GRANTED.


     IT IS FURTHER ORDERED that Appellee's unopposed alternative
motion to extend time to file Appellee's brief 30 days from the

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Court's denial of Appellee's motion to vacate and remand is DISMISSED AS MOOT.